# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM 40188**

————————————

**UNITED STATES**
*Appellee*

**v.**

**Curtis C. MCWOODSON**
Staff Sergeant (E-5), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 18 November 2022

————————————

*Military Judge:* Christopher D. James.

*Sentence:* Sentence adjudged on 29 June 2021 by GCM convened at Royal Air Force Alconbury, United Kingdom. Sentence entered by military judge on 20 August 2021: Bad-conduct discharge, confinement for 8 months, and reduction to E-1.

*For Appellant:* Major Kasey W. Hawkins, USAF.

*For Appellee:* Lieutenant Colonel Thomas J. Alford, USAF; Major John P. Patera, USAF; Mary Ellen Payne, Esquire.

Before POSCH, RICHARDSON, and CADOTTE, *Appellate Military Judges.*

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4.**

————————————

PER CURIAM:

The findings and sentence as entered are correct in law and fact, and no

error materially prejudicial to Appellant's substantial rights occurred.* Articles 59(a) and 66(d), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(d) (*Manual for Courts-Martial, United States* (2019 ed.)). Accordingly, the findings and sentence are **AFFIRMED**.

FOR THE COURT

*Carol K. Joyce*

CAROL K. JOYCE
Clerk of the Court

---

* The convening authority did not approve Appellant's entire sentence. Although Appellant did not identify this error on appeal, we tested it for material prejudice and found none. *See generally United States v. Brubaker-Escobar*, 81 M.J. 471 (C.A.A.F. 2021) (per curiam).